1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS KUSTERS MUSIC NV, | Case No.: CV14-8714-FFM |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION OF ALL PARTIES FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| VOLKSWAGEN GROUP OF AMERICA, INC.; CREATIVE ON DEMAND, INC. | |
| Defendants. | **Magistrate Judge Frederick F. Munn** |
| CREATIVE ON DEMAND, INC. | |
| Third-Party Plaintiff, | |
| vs. | |
| RAMBLIN MAN PRODUCTIONS, INC., a California corporation; RAMBLIN MAN MUSIC, a business entity of unknown kind; DANIEL BELARDINELLI, individually and doing business as RAMBLIN MAN MUSIC; and ROSE 1-25, inclusive, | |
| Third-Party Defendants. | |

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1 | Based on the stipulation of the parties filed pursuant to Rule 41(a)(1)(A)(ii) of
2 | the Federal Rules of Civil Procedure on October 2, 2015, and good cause appearing,
3 |     IT IS HEREBY ORDERED as follows,
4 |     The Court dismisses this action with prejudice in its entirety as to all parties,
5 | including plaintiff's complaint and the third-party cross-complaint filed by defendant
6 | and third party cross-complainant Creative on Demand, Inc.
7 |     Each party is to bear its own costs and attorney's fees.
8 |     IT IS SO ORDERED.

DATE: October 6, 2015        /S/ FREDERICK F. MUMM
                                      Hon. Frederick F. Mumm
                                      United States Magistrate Judge